UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>EASEMENTS AND RIGHTS-OF-WAY<br>OVER A TOTAL OF 11.36 ACRES OF<br>LAND, MORE OR LESS, IN FAYETTE<br>COUNTY, TENNESSEE<br><br>ERNEST B. WILLIAMS, III, ET AL.<br>Defendants | Civil Action No. 05-2200-B-P |

## AGREED ORDER DROPPING LLOYD PAYNE
## AS A DEFENDANT

Defendant Lloyd Payne, having waived any interest in this action as evidenced by his approval of this Order (since the Tennessee Valley Authority remains separately liable under the easement rights herein condemned for "direct physical damage to the land, annual crops, fences, and roads resulting directly from the operations of the construction and maintenance forces" in the exercise of the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

1

16

easement rights herein condemned) is hereby dropped as a Defendant in this action.

_____
United States District Judge

We hereby approve and consent to the entry of this document.

*Edwin W. Small*
Edwin W. Small
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37901-1401
Tennessee BPR No. 012347
Telephone   865-632-3021
Facsimile   865-632-6718

Attorney for Plaintiff

003739222

*Lloyd Payne*
Lloyd Payne
11030 Millington-Arlington Road
Arlington, Tennessee 38002

Defendant

_____
George T. Lewis, III
Baker, Donelson, Bearman, Caldwell &
   Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103-2723
Telephone   901-526-2000
Facsimile   731-426-8156

Attorney for Defendants Ernest B.
Williams, III; Billie Anne Williams;
David G.
Williams, Jr.; Anne Williams Dunn; Second
Presbyterian Church of Memphis,
Tennessee; Metropolitan InterFaith
Association; and Chickasaw Council, Boy
Scouts of America

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02200 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Don O. Whitehead
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Philip J Pfeifer
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable J. Breen
US DISTRICT COURT