UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>EASEMENTS AND RIGHTS-OF-WAY<br>OVER A TOTAL OF 11.36 ACRES OF<br>LAND, MORE OR LESS, IN FAYETTE<br>COUNTY, TENNESSEE<br><br>ERNEST B. WILLIAMS, III, ET AL.<br>Defendants | No. 05-2200-B-P |

## ORDER ALLOWING WITHDRAWAL OF FUNDS

This action came on to be considered, and it appears to the Court that the parties have agreed that the $100,000 deposited by Plaintiff in this action upon the filing of the Declaration of Taking herein be withdrawn as hereinafter provided pursuant to 40 U.S.C. § 258a (2000) and Federal Rule of Civil Procedure 71A(j).

Accordingly, it is Ordered that:

1. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $100,000 payable to "Ernest B. Williams, III, individually and as trustee of the David G.

1

Williams, Jr., trusts – on behalf of all Defendants" and to mail said check to George T. Lewis, III, Esq., Baker, Donelson, Bearman, Caldwell and Berkowitz, P.C., First Tennessee Building, 165 Madison Avenue, Suite 2000, Memphis, Tennessee 38103.

    2.   Said payment shall be credited against the final award in this action without prejudice to the right of any party herein to claim a greater or lesser amount as just compensation.

    3.   Defendants Ernest B. Williams, III, Billie Anne Williams, David G. Williams, Jr., and Anne Williams Dunn shall be jointly and severally liable for the reimbursement of any excess of said disbursement over the final award herein. Said reimbursement, if applicable, shall be made by mailing to Plaintiff's General

Counsel, within 10 days from the date judgment is entered in this action, a check payable to the Tennessee Valley Authority in the amount of said difference.

This _15th_ day of _August_, 2005.

_____
United States District Judge

We hereby approve and consent to the entry of this Order:

_Edwin W. Small_
Edwin W. Small
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Tennessee BPR No. 012347
Telephone   865-632-3021
Facsimile   865-632-6718

Attorney for Plaintiff

003740698

_____
George T. Lewis, III
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Tennessee BPR No. 007018
Telephone   901-526-2000
Facsimile   901-577-2303

Attorney for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02200 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Philip J Pfeifer
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Don O. Whitehead
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable J. Breen
US DISTRICT COURT