IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -3  PM 3: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>upon the relation and )<br>for the use of the )<br>TENNESSEE VALLEY AUTHORITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASEMENTS AND RIGHTS-OF-WAY OVER )<br>A TOTAL OF 11.36 ACRES OF LAND, MORE )<br>OR LESS, IN FAYETTE COUNTY, )<br>TENNESSEE )<br>ERNEST B. WILLIAMS, III, )<br>individually and as trustee of two trust )<br>agreements of David G. Williams )<br>BILLIE ANNE WILLIAMS, )<br>individually with power of appointment and as )<br>co-trustee of the testamentary marital trust of )<br>David G. Williams )<br>DAVID G. WILLIAMS, JR., )<br>individually and as co-trustee )<br>of the testamentary marital trust of David G. )<br>Williams )<br>ANNE WILLIAMS DUNN )<br>LLOYD PAYNE, tenant )<br>SECOND PRESBYTERIAN CHURCH )<br>  OF MEMPHIS, TENNESSEE )<br>METROPOLITAN INTERFAITH )<br>  ASSOCIATION )<br>CHICKASAW COUNCIL, BOY SCOUTS )<br>  OF AMERICA )<br>) | No. 05-2200-BP<br>JURY REQUESTED |

A~~GREED PROPOSED~~ ORDER GRANTING JOINT MOTION TO AMEND
THE SCHEDULING ORDER REGARDING EXPERT DISCLOSURES

This matter is before the Court upon the parties' Joint Motion to Amend the Rule 16(b) Scheduling Order. The Court finds that the Motion is well taken and should be granted. It is therefore

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-4-05



ORDERED that the Rule 16(b) Scheduling Order shall be and the same is hereby amended as follows:

    A.)    EXPERT DISCLOSURE (Rule 26):

        (1) Defendants' Expert Disclosures: November 14, 2005

        (2) Plaintiff's Expert Disclosures: December 14, 2005

_____
Judge

Date: November 3, 2005

SUBMITTED FOR ENTRY BY:

_____
George T. Lewis, III (TN # 7018)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Attorney for Defendants
(901) 526-2000
Fax: (901) 577-2303

_____
Philip J. Pfeifer (TN Bar #6324/98)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401

Attorney for Plaintiff
(865) 632-7876
Fax: (865) 632-6718

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02200 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Don O. Whitehead
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Philip J Pfeifer
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable J. Breen
US DISTRICT COURT