UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>EASEMENTS AND RIGHTS- OF-WAY<br>OVER A TOTAL OF 11.36 ACRES OF<br>LAND, MORE OR LESS, IN FAYETTE<br>COUNTY, TENNESSEE<br><br>ERNEST B. WILLIAMS, III, ET AL.<br>Defendants | Civil Action No. 05-2200-B-P |

## AGREED ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER REGARDING EXPERT DISCLOSURES

This matter is before the Court upon the parties' Joint Motion to Amend the Scheduling Order. The Court finds that the Motion is well taken and should be granted. It is therefore ORDERED that the Scheduling Order shall be and hereby is amended as follows:



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



3

A.) EXPERT DISCLOSURES (Rule 26):

(1) Defendants' Expert Disclosures: December 22, 2005

(2) Plaintiff's Expert Disclosures: January 21, 2006

_____
United States Magistrate Judge

Date: December 15, 2005

SUBMITTED FOR ENTRY:

_____
George T. Lewis, III (TN # 7018)
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000
Attorney for Defendants

_____
Philip J. Pfeifer (IN BAR 6324-98)
Attorney
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865-632-7876
Facsimile 865-632-6718
Attorney for Plaintiff

3753477

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02200 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Don O. Whitehead
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Philip J Pfeifer
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable J. Breen
US DISTRICT COURT